IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN ERIC JENNINGS, #145447, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:21-CV-570-WHA |
| | ) | |
| ST. CLAIR COUNTY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This case is before the court on a complaint filed by Plaintiff (Doc. #1). On September 2, 2021, the Magistrate Judge entered a Recommendation (Doc. #3) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is transferred to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 1406(a).

The Clerk of the court is DIRECTED to undertake those measures necessary to effectuate the transfer of this case.

This case is Closed in this court.

DONE this 27th day of September, 2021.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE